UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-cr-354-T-30TGW

JOSEPH CHRISTOPHER HOOKER

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 32) of the United States of America for entry of a Forfeiture Money Judgment in the amount of $3,413,570.94 USD, which, at sentencing, shall be a final order of forfeiture as to defendant Joseph Christopher Hooker's interest in property subject to forfeiture.

The Court, being fully advised in the premises, hereby finds that the government has established that the defendant obtained $3,413,570.94 in proceeds as a result of the mail fraud scheme, in violation of 18 U.S.C. § 1341, for which the defendant has been found guilty in Count One of the Indictment. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown, the motion (Doc. 32) of the United States is GRANTED.

It is further **ORDERED** that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b), Fed. R. Crim. P., defendant

Joseph Christopher Hooker is jointly and severally liable, with defendant Jack Randolph Shaw (*United States v. Jack Randolph Shaw*, Case No. 8:09-cr-297-T-23MAP) to the United States of America for a forfeiture money judgment in the amount of $3,413,570.94 USD.

It is further **ORDERED** that, pursuant to the provisions of 21 U.S.C. § 853(p) and Rule 32.2(e), Fed. R. Crim. P., the United States may seek forfeiture of any of the defendant's property up to the value of the $3,413,570.94 money judgment as substitute assets in satisfaction of this judgment,

The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2(e), in satisfaction of this money judgment, and to entertain any third party claims that may be asserted in those proceedings.

**DONE** and **ORDERED** in Tampa, Florida on January 5, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2009\09-cr-354.forfeit 32.frm